***E-Filed 04/02/2010***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PrimePay, Inc.

       Plaintiff,

v.

First Tax Service, Inc.

       Defendant.

Case No. C 09 02775-~~JF/HRL~~ RS

AS MODIFIED BY THE COURT

# CONSENT JUDGMENT

WHEREAS PrimePay Inc., has brought this action against First Tax Service, Inc. for copyright infringement under 17 U.S.C. § 501, trademark infringement under 15 U.S.C. § 1114; unfair competition under 15 U.S.C. § 1125(a); and unfair business practice arising under California Business and Professions Code § 17200 et seq.; and

WHEREAS Defendant First Tax Service, Inc., having executed a related Settlement Agreement, now wishes to resolve and settle this action.

It is hereby ordered and decreed that:

First Tax Service, Inc. and its associates, affiliates, subsidiaries, and all those entities or individuals acting in concert with it, including its directors and officers, are herby enjoined from any use of PrimePay, Inc.'s name, any of its trademarks including any trademark that is

likely to cause confusion with its trademarks, its designs, and its copyrighted literature and/or marketing materials and texts, whether or not registered with the U.S. Copyright Office.[*]

SO ORDERED

Dated: 04/02/2010

_____
United States District Judge

Dated: April 1, 2010

By: ___/s/ Jeffrey M. Goehring_____
Jeffrey M. Goehring (CA SBN: 233002)
YOUNG & THOMPSON

Attorney for Plaintiff PrimePay, Inc.

Dated: April 2, 2010

By: ___/s/ James J. Steinle_____
James J. Steinle (CA SBN: 237291)
Law Offices of Teresa T.H. Nguyen

Attorney for Defendant First Tax Service, Inc.

* On or before June 27, 2010, the parties shall submit a status update as to the stipulated deferred payment.